# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Mario Papizzo.,

    Plaintiff,

v.

Experian Information Solutions, Inc.
Equifax Information Services, LLC,
Trans Union, LLC,

    Defendants.
_____/

Case No. 14-cv-14211
Hon. Judith E. Levy
Mag. R. Steven Whalen

## **STIPULATED ORDER OF VOLUNTARY DISMISSAL**

Having been advised by the stipulation of the parties below,

IT IS HEREBY ORDERED that the claims against Trans Union, LLC are dismissed, with prejudice, without costs, sanctions, or attorney fees to any party.

Dated: February 18, 2015       s/Judith E. Levy_____
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

Stipulated To By:

| | |
|---|---|
| s/ Ian B. Lyngklip | s/ by  Consent Scott Brady |
| Ian B. Lyngklip P47173 | Andrew  Lehmann (P-75724) |
| LYNGKLIP & ASSOCIATES | Schuckit & Associates, P.C. |
| CONSUMER LAW CENTER, PLC | Attorney For Trans Union, LLC |
| | 4545 Northwestern Drive |
| Attorney For Mario Papizzo | Zionville , IN  46077 |
| 24500 Northwestern Highway, Ste. 206 | PH: (317) 363-2400 |
| Southfield, MI 48075 | sbrady@Schuckitlaw.com |
| PH: (248) 208-8864 | alehmann@Schuckitlaw.com |
| Ian@MichiganConsumerLaw.Com | |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 18, 2015.

        s/Felicia M. Moses_____
        FELICIA M. MOSES
        Case Manager