## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Mario Papizzo,

          Plaintiff,        Case No. 14-cv-14211
                                Hon. Judith E. Levy
v.                               Mag. Judge R. Steven Whalen

Experian Information Solutions,
Inc., *et al.*,

          Defendants.

_____/

## ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE AND WITHOUT COSTS OR FEES

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc. shall be dismissed from this matter with prejudice and without costs, fees or sanctions to either party.

Dated: June 16, 2015                  s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                             United States District Judge