UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mario Papizzo.,

    Plaintiff,

v.

Experian Information Solutions, Inc.
Equifax Information Services, LLC,
Trans Union, LLC,

    Defendants.
_____/

Case No. 14-cv-14211
Hon. Judith E. Levy
Mag. R. Steven Whalen

## STIPULATED ORDER OF VOLUNTARY DISMISSAL

    Having been advised by the stipulation of the parties below, it is ordered that the claims against Equifax Information Services, LLC are dismissed with prejudice and without costs, sanctions, or attorney fees to any party.

    The court retains jurisdiction for purposes of enforcing the settlement in this matter.

    SO ORDERED.

Dated: June 24, 2015
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

Stipulated To By:

| | |
|---|---|
| s/ Ian B. Lyngklip | s/by Consent Tameika Montgomery |
| Ian B. Lyngklip P47173 | Tameika Montgomery |
| LYNGKLIP & ASSOCIATES | King & Spalding, LLP |
| CONSUMER LAW CENTER, PLC | Attorney For Equifax Information Services, L. L. C. |
| Attorney For Mario Papizzo | 1180 Peachtree Street, N.E. |
| 24500 Northwestern Highway, Ste. 206 | Atlanta, GA 30309 |
| Southfield, MI 48075 | PH: (404) 215-5957 |
| PH: (248) 208-8864 | tmontgomery@kslaw.com |
| Ian@MichiganConsumerLaw.Com | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 24, 2015.

                                                 s/Holly Monda
                                                 HOLLY MONDA, in the absence
                                                 of FELICIA M. MOSES
                                                 Case Manager